UNITED STATES of America, Plaintiff–Appellee

v.

Eleno AVILA–RODRIGUEZ, Defendant–Appellant.

No. 07–10662

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 30, 2008.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before REAVLEY, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Eleno Avila–Rodriguez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate crimi-

nal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.